NO. 07-04-0560-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 4, 2005

_____

MICHAEL LOU GARRETT, APPELLANT

V.

MARIO A. DEL FIERRO, ET AL., APPELLEE
_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 91,954-B; HONORABLE JOHN BOARD, JUDGE
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant brought this interlocutory appeal from the denial of temporary relief. The trial court has now rendered a final judgment in this action and appellant has perfected appeal of that order. The final judgment renders moot appellant's interlocutory appeal. *Richard v. Mena*, 820 S.W.2d 372 (Tex. 1991). We therefore dismiss this appeal as moot

James T. Campbell
Justice

.